## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF TENNESSEE
220 West Depot Street, Suite 200
Greeneville, Tennessee 37743

(423) 639-3105
www.tned.uscourts.gov

**PATRICIA L. McNUTT**
Clerk of the Court

**JOHN L. MEDEARIS**
Chief Deputy Clerk

April 29, 2008

Chris Cadenhead
Cadenhead Law Firm
Pier 98 Centre
534 Harbor Boulevard  Suite 501
Destin, FL 32541

RE: 2:08-CV-126 Randall Bethea, et al v. Champion Laboratories, Inc., et al

Dear Mr. Cadenhead:

The Local Rules of this Court provide that attorneys must be admitted to practice in this District prior to appearing in an action.   Our records indicate that you have not been admitted to practice in the Eastern District of Tennessee; if this is incorrect, please advise where you were admitted and when.

If you have not been admitted, you may do one of two things:

    1. Obtain an application for admission from this office, or from our website: www.tned.uscourts.gov and apply   for admission; or

    2. Submit a motion to appear pro hac vice in the case in question (this procedure does not allow you to appear in other cases in this district), along with a certificate of good standing from the district court where you have been admitted and the $60 application fee.

For additional information on appearance in the Eastern District of Tennessee, see Local Rule 83.5.   You can find our Local Rules and an Application for Admission on our web site at the location listed at the top of this letter. Enclosed is a copy of a standing order regarding electronic filing in our system. If we have not heard from you within 30 days, you will be terminated from the list receiving notices.

If we can be of  assistance to you in these matters or others, please get in touch with this office.

        Sincerely,


        S/Frances Mahery
        Frances Mahery,
        Deputy Clerk

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**

IN RE:                                                )
                                                      )
ELECTRONIC CASE FILING                                )

**O R D E R**

      Eastern District of Tennessee Local Rule 5.2 provides that "[a]t any time during the pendency of a case, the presiding judicial officer may require, absent a showing of good cause, that parties file documents electronically using the Court's Case Management/Electronic Case Files (CM/ECF) system."

      All attorneys practicing in the Eastern District of Tennessee must register as Electronic Filing Users and file their pleadings electronically through the CM/ECF system by **JANUARY 10, 2005**, or show the presiding judge good cause to file and serve documents in the traditional manner.


      *s/R. Allan Edgar*
R. ALLAN EDGAR
CHIEF UNITED STATES DISTRICT JUDGE


| *s/Curtis L. Collier* | *s/Thomas Gray Hull* |
|---|---|
| CURTIS L. COLLIER | THOMAS GRAY HULL |
| UNITED STATES DISTRICT JUDGE | SENIOR UNITED STATES DISTRICT JUDGE |
| | |
| *s/Thomas W. Phillips* | *s/James H. Jarvis* |
| THOMAS W. PHILLIPS | JAMES H. JARVIS |
| UNITED STATES DISTRICT JUDGE | SENIOR UNITED STATES DISTRICT JUDGE |
| | |
| *s/Thomas A. Varlan* | *s/Leon Jordan* |
| THOMAS A. VARLAN | LEON JORDAN |
| UNITED STATES DISTRICT JUDGE | SENIOR UNITED STATES DISTRICT JUDGE |
| | |
| *s/J. Ronnie Greer* | |
| J. RONNIE GREER | |
| UNITED STATES DISTRICT JUDGE | |