UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

_Randall Bethea, et al_
Plaintiff,

v.

_Champion Laboratories, Inc., et al_
Defendant.

Case No. _2:08-CV-126_

## MOTION FOR ADMISSION PRO HAC VICE

The undersigned, counsel for _Randall Bethea, et al_, moves for admission to appear in this action *pro hac vice*. (Check applicable box).

☒ I am admitted and entitled to practice in the _NORTHERN_ District of _FLORIDA_. A certificate of good standing is attached. (E.D. TN LR 83.5(b)(1)). **FILING FEE = $60.00**

☐ An application for my admission to practice in this Court is currently pending. (E.D. TN LR 83.5(b)(1)). **NO FILING FEE REQUIRED.**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: _5-12-08_
(Date)

_(Signature)_

Name: _Chris Cadenhead_
Address: _543 Harbor Blvd #501_
_Destin, FL 32541_
_(850) 837-5509_

* * * INCLUDE CERTIFICATE OF SERVICE * * *

RECEIVED
MAY 1 5 2008
Clerk, U.S. District Court
Eastern District of Tennessee

WILLIAM M. MCCOOL
CLERK OF COURT
111 N. ADAMS STREET
TALLAHASSEE, FLORIDA 32301-7717
850.521.3501
850.521.3656 FAX

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF FLORIDA
**OFFICE OF THE CLERK**

SHEILA HURST-RAYBORN
CHIEF DEPUTY CLERK
111 N. ADAMS STREET
TALLAHASSEE, FLORIDA 32301-7717
850.521.3501
850.521.3656 FAX

*Visit our web site at www.flnd.uscourts.gov*

Reply to: Tallahassee Division

May 6, 2008

## CERTIFICATE OF GOOD STANDING

I, WILLIAM M. MCCOOL, Clerk of the United States District Court for the Northern District of Florida, DO HEREBY CERTIFY THAT **CHRIS EUGENE CADENHEAD, Florida Northern District Bar Number    36854**, was duly admitted to practice in this Court on **February 21, 1986**, and is in good standing as a member of the bar of this Court.

WILLIAM M. MCCOOL, CLERK OF COURT

_____

KAYLA BRUNER, DEPUTY CLERK

*The mission of the Office of the Clerk of the Northern District of Florida is to provide superior service to the public and the Court.*

| Gainesville Division | Pensacola Division | Tallahassee Division | Panama City Division |
|---|---|---|---|
| 401 SE 1st Avenue | 1 N. Palafox Street | 111 N. Adams Street | 30 W. Government Street |
| Gainesville, Florida 32601 | Pensacola, Florida 32502-5658 | Tallahassee, Florida 32301-7717 | Panama City, Florida 32401 |
| 352.380.2400 | 850.435.8440 | 850.521.3501 | 850.769.4556 |
| 352.380.2424 FAX | 850.433.5972 FAX | 850.521.3656 FAX | 850.769.7528 FAX |