UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE

| | | |
|---|---|---|
| RANDALL BETHEA, ET AL | ) | |
| | ) | |
| V. | ) | NO. 2:08-CV-126 |
| | ) | |
| CHAMPION LABORATORIES, INC., | ) | |
| ET AL | ) | |

O R D E R

Plaintiffs have filed a Motion [Doc. 3] for admission of Chris Cadenhead, Esq., *pro hac vice* in this action. The Motion is GRANTED.

SO ORDERED:

 s/ Dennis H. Inman
United States Magistrate Judge