UNITED STATES DISTRICT
EASTERN DISTRICT OF TENNESEE
AT GREENVILLE

| | |
|---|---|
| RANDALL BETHEA on behalf of himself and all others similarly situated in Tennessee and JAMES PADGETT on behalf of himself and all other non-Tennessee residents,<br><br>    Plaintiffs,<br><br>vs.<br><br>CHAMPION LABORATORIES, INC.; PUROLATOR FILTERS N.A., LLC; HONEYWELL INTERNATIONAL, INC.; WIX FILTRATION CORP.; THE DONALDSON COMPANY; BALDWIN FILTERS, INC.; BOSCH USA; MANN + HUMMELL USA, INC.;ARVINMERITOR, INC. and JOHN DOE DEFENDANTS 1-100<br><br>    Defendants. | SUMMONS 2:08-CV-126 |

TO: Baldwin Filters, Inc.
   c/o C T Corporation System
   Suite 500
   301 S 13th Street
   Lincoln, Nebraska 68508

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address) an answer to the complaint which is served on you with this summons, within twenty (20) days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PATRICIA L. McNUTT, CLERK           4/28/08
CLERK                     DATE

(By) DEPUTY CLERK

# RETURN OF SERVICE

Service of the Summons and complaint was made by me[1]     DATE  5/16/08

NAME OF SERVER (PRINT)  Scottie C. Smith          TITLE _____

*Check one box below to indicate appropriate method of service*

( ) Served personally upon the defendant. Place where served: _____

( ) Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.  Name of person with whom the summons and complaint were left _____

( ) Returned unexecuted: _____

(✓) Other (specify): Certified Mail / Return Receipt

## STATEMENT OF SERVICE FEES

TRAVEL _____     SERVICES _____     TOTAL _____

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on: 5/9/08
         *Date*

*Signature of Server:* Scottie Smith

Ball & Scott
550 W Main, Suite 601
Knoxville, TN 37902
*Address of Server*

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Baldwin Filters, Inc.
c/o CT Corporation
Suite 500
301 S. 13th Street
Lincoln, Nebraska 68508

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
C. KASSEBAUM   5-9-08

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)
7002 2410 0003 2872 4330

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540