UNITED STATES DISTRICT
EASTERN DISTRICT OF TENNESEE
AT GREENVILLE

RANDALL BETHEA on behalf of himself and ) 
all others similarly situated in Tennessee )
and JAMES PADGETT on behalf of himself )
and all other non-Tennessee residents, )
                                       )
            Plaintiffs,                ) SUMMONS 2:08-CV-126
                                       )
vs.                                    )
                                       )
CHAMPION LABORATORIES, INC.;           )
PUROLATOR FILTERS N.A., LLC;           )
HONEYWELL INTERNATIONAL, INC.;         )
WIX FILTRATION CORP.; THE              )
DONALDSON COMPANY; BALDWIN             )
FILTERS, INC.; BOSCH USA; MANN +       )
HUMMELL USA, INC.;ARVINMERITOR,        )
INC. and JOHN DOE DEFENDANTS 1-100     )
                                       )
            Defendants.                )
                                       )

TO:   Purolator Filters N.A., LLC
      c/o Corporation Service Company
      327 Hillsborough Street
      Raleigh, North Carolina 27603

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address) an answer to the complaint which is served on you with this summons, within twenty (20) days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PATRICIA L. McNUTT, CLERK                           4/28/08
_____          _____
CLERK                                              DATE
_Frances Mallery_
(By) DEPUTY CLERK

# RETURN OF SERVICE

Service of the Summons and complaint was made by me[1]    DATE 5/9/08

NAME OF SERVER (PRINT)  Scottie Smith     TITLE Ball's Scott

Check one box below to indicate appropriate method of service

( ) Served personally upon the defendant. Place where served: _____

( ) Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left _____

( ) Returned unexecuted: _____

(✓) Other (specify): Certified Mail Return Receipt

## STATEMENT OF SERVICE FEES

TRAVEL _____    SERVICES _____    TOTAL _____

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on: 5/9/08
Date

Signature of Server: Scottie Smith

Ball's Scott
Address of Server

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

SENDER:
- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "Return Receipt Requested" on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

Is your RETURN ADDRESS completed on the reverse side?

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery

Consult postmaster for fee.

3. Article Addressed to:

Purolator Filters N.A., LLC
c/o Corporation Service Company
327 Hillsborough St.
Raleigh, NC 27603

4a. Article Number
7004 2410 0003 2812 4408

4b. Service Type
☐ Registered    ☑ Certified
☐ Express Mail  ☐ Insured
☐ Return Receipt for Merchandise  ☐ COD

7. Date of Delivery  5/8/08

5. Received By: (Print Name) Pamela Hughes
6. Signature: (Addressee or Agent)
X (signature)

8. Addressee's Address (Only if requested and fee is paid)

PS Form 3811, December 1994    102595-98-B-0229    Domestic Return Receipt

Thank you for using Return Receipt Service.