UNITED STATES DISTRICT

EASTERN DISTRICT OF TENNESEE

AT GREENVILLE

| | |
|---|---|
| RANDALL BETHEA on behalf of himself and all others similarly situated in Tennessee and JAMES PADGETT on behalf of himself and all other non-Tennessee residents, <br><br>Plaintiffs, <br><br>vs. <br><br>CHAMPION LABORATORIES, INC.; PUROLATOR FILTERS N.A., LLC; HONEYWELL INTERNATIONAL, INC.; WIX FILTRATION CORP.; THE DONALDSON COMPANY; BALDWIN FILTERS, INC.; BOSCH USA; MANN + HUMMELL USA, INC.;ARVINMERITOR, INC. and JOHN DOE DEFENDANTS 1-100 <br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

SUMMONS  2:08-CV-126

TO:    The Donaldson Company
1400 W 94th Street
Minneapolis, Minnesota 55431

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY

(name and address) an answer to the complaint which is served on you with this summons,

within twenty (20) days after service of this summons on you, exclusive of the day of service. If

you fail to do so, judgment by default will be taken against you for the relief demanded in the

complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of

this Court within a reasonable period of time after service.

PATRICIA L. McNUTT, CLERK

CLERK

_(By) DEPUTY CLERK_

_4/28/08_

DATE

**RETURN OF SERVICE**

NAME OF SERVER *(PRINT)* _____ TITLE _____

*Check one box below to indicate appropriate method of service*

( ) Served personally upon the defendant. Place where served: _____

( ) Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.  Name of person with whom the summons and complaint were left_____

( ) Returned unexecuted: _____

(✓) Other (specify): Certified Mail / Return Receipt

## STATEMENT OF SERVICE FEES

TRAVEL _____    SERVICES _____    TOTAL _____

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on: 5/12/08
_____
*Date*

_Scottie Smith_
_____
*Signature of Server*

Ball & Scott, Suite 601
550 W Main,
Knoxville, TN 37902
*Address of Server*

---

¹ As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

The Donaldson Company
1400 W 94th St.
Minneapolis, MN 55431

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _James Albrecht_ ☐ Agent ☐ Addressee

B. Received by (Printed Name)  James Albrecht   C. Date of Delivery 5/12/08

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)
7002 2410 0003 2872 4347

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540