# FINE, KAPLAN AND BLACK, R.P.C.

### ATTORNEYS AT LAW

### 1835 MARKET STREET, 28TH FLOOR

### PHILADELPHIA, PENNSYLVANIA 19103

ALLEN D. BLACK
DONALD L. PERELMAN
ROBERTA D. LIEBENBERG
MICHAEL D. BASCH
JEFFREY S. ISTVAN
MARY L. RUSSELL
GERARD A. DEVER
PAUL COSTA
MATTHEW DUNCAN
RIA C. MOMBLANCO
ADAM J. PESSIN

(215) 567-6565
FAX: (215) 568-5872
E-mail:mail@finekaplan.com
www.finekaplan.com

AARON M. FINE
ARTHUR M. KAPLAN
ELISE E. SINGER
LOUIS C. RICCIARDI
OF COUNSEL

May 12, 2008

**VIA FEDEX**

Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Bldg.
One Columbus Circle, N.E., Room G-255
Washington, DC 20002

      Re:    **In re Filters Antitrust Litigation**
               **MDL No. 1947**

Dear Sir:

        Enclosed for filing please find an original and four copies of (1) Motion of Big T Inc. t/d/b/a A to Z Auto Parts ("Big T") and Manasek Auto Parts, Inc., d/b/a Undercar Warehouse ("Manasek") For Transfer of Related Antitrust Actions to the Southern District of Illinois Pursuant to 28 U.S.C. § 1407 for Coordinated or Consolidated Proceedings, (2) Memorandum in Support thereof, a copy of (3) Schedule of Related Actions, (4) Corporate Disclosure Statements, and (5) Certificate of Service. I have also enclosed a copy of the Complaint filed in the Middle District of Tennessee, *Werner Aero Services v. Champion Laboratories, Inc., et al.*, which case was not included on the Panel's current Case Listing Report.

        Also enclosed is a disk containing a .PDF version of the filing.

Sincerely,

Adam J. Pessin