UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT GREENVILLE

| | |
|---|---|
| RANDALL BETHEA, on behalf of himself and all others similarly situated in Tennessee and JAMES PADGETT on behalf of himself and all other non-Tennessee residents,<br><br>          Plaintiffs,<br><br>   v.<br><br>CHAMPION LABORATORIES, INC.; PUROLATOR FILTERS N.A. L.L.C.; HONEYWELL INTERNATIONAL INC.; WIX FILTRATION CORP.; THE DONALDSON COMPANY; BALDWIN FILTERS INC.; BOSCH USA; MANN + HUMMEL USA, INC.; ARVINMERITOR, INC.; and JOHN DOE DEFENDANTS 1-100,<br><br>          Defendants. | Case No.: 2:08–cv–00126 |

**STIPULATION FOR EXTENSION OF DEFENDANTS'
TIME TO RESPOND TO COMPLAINT PURSUANT TO LOCAL RULE 12.1(a)**

      WHEREAS plaintiffs Randall Bethea and James Padgett filed the complaint in this action on April 25, 2008 against defendants Champion Laboratories, Inc., Purolator Filters N.A. L.L.C., Bosch U.S.A., Mann + Hummel U.S.A., ArvinMeritor, Inc., Honeywell International Inc., Wix Filtration Corp. LLC, Donaldson Company, Inc., and Baldwin Filters, Inc.; and

      WHEREAS plaintiffs agree that all defendants shall be entitled to a twenty-day initial extension of time to respond to the complaint pursuant to Local Rule 12.1(a).

Plaintiffs and defendants Champion Laboratories, Inc., Mann + Hummel USA, Inc., Baldwin Filters Inc., Honeywell International Inc., Wix Filtration Products and Donaldson Company, Inc. ("Defendants"), by and through their undersigned counsel, HEREBY STIPULATE AND AGREE that Defendants' time to respond to the complaint shall be extended for twenty-days.

IT IS SO STIPULATED.

Dated: May 23, 2008

Respectfully submitted,

/s/ David L. Johnson
David L. Johnson
MILLER & MARTIN PLLC
1200 One Nashville Place
150 Fourth Avenue, North
Nashville, TN 37219
Telephone: 615-744-8505
Fax: 615-744-8605

*Counsel for Defendant Champion Laboratories, Inc. and Honeywell International Inc.*

/s/ Rebecca B. Crawford
Rebecca B. Crawford (Bar No. 023122)
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
Telephone: 404-881-4824
Fax: 404-253-8124

*Counsel for Mann + Hummel USA, Inc.*

/s/ S. Morris Hadden
S. Morris Hadden
HUNTER, SMITH & DAVIS, LLP
1212 North Eastman Road
Kingsport, TN  37664
Telephone:  423-378-8820
Fax: 423-378-8801

*Counsel for Baldwin Filters Inc.*

/s/ Gordon Ball
Gordon Ball (Bar No. 11355)
BALL AND SCOTT PA
550 W. Main Street, Suite 601
Knoxville, TN 37902
Telephone: 865-525-7028
Fax: 865-525-4679

Chris Cadenhead
CADENHEAD LAW FIRM
Pier 98 Centre
534 Harbor Boulevard, Suite 501
Destin, FL 32541
Telephone: 850-837-5509
Fax: 850-682-8343

*Attorneys for Plaintiffs*

- 2 -

- 3 -

/s/ E. Jerome Melson
E. Jerome Melson
GENTRY, TIPTON & McLEMORE, P.C.
900 South Gay Street
Riverview Tower, Suite 2300
Knoxville, TN 37902
Telephone: 865-525-5300
Fax: 865-637-6761

*Counsel for Donaldson Company, Inc.*

/s/ Andrew Colocotronis
Andrew Colocotronis
BAKER, DONELSON,
BEARMAN, CALDWELL &
BERKOWITZ, PC
Riverview Tower
900 S. Gay Street, Suite 2200 (Zip 37902)
P.O. Box 1792
Knoxville, TN  37901
Telephon:  865.549-7119
Fax:  865.633.7119

*Counsel for Wix Filtration Products*