UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE AT GREENVILLE

| | | |
|---|---|---|
| RANDALL BETHEA, on behalf of himself and all others similarly situated in Tennessee and JAMES PADGETT on behalf of himself and all other non-Tennessee residents, | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Class Action No. 2:08-cv-00126 Greer |
| CHAMPION LABORATORIES, INC.; PUROLATOR FILTERS N.A., LLC; HONEYWELL INTERNATIONAL, INC.; WIX FILTRATION CORP., THE DONALDSON COMPANY; BALDWIN FILTERS, INC.; BOSCH USA; MANN+HUMMELL USA, INC.; ARVINMERITOR, INC.; and JOHN DOE DEFENDANTS 1-100 | ) ) ) ) ) ) ) ) ) | |
| Defendant | ) | |

## NOTICE OF APPEARANCE OF COUNSEL

Comes E. JEROME MELSON, attorney at law, and in this cause respectfully requests that he be entered as counsel of record for Defendant The Donaldson Company, and hereby requests that copies of all future pleadings and notices concerning said Defendant be sent to E. JEROME MELSON, at the address below, or via service through the Court's Electronic Case Filing System.

Respectfully submitted, this the 23rd day of May, 2008.

/s/ E. Jerome Melson
E. Jerome Melson (BPR #013340)
GENTRY, TIPTON & McLEMORE, P.C.
P.O. Box 1990
Knoxville, TN 37901-1990
(865) 525-5300

## Certificate of Service

The undersigned hereby certifies that on May 23, 2008, a copy of the foregoing "**DEFENDANT THE DONALDSON COMPANY'S NOTICE OF APPEARANCE OF COUNSEL**" was filed electronically. Notice of this filing will by sent by operation of the Court's electronic filing system to all counsel indicated on the electronic filing receipt. All other counsel, if any, will be served by regular U.S. Mail. Counsel may access this filing through the Court's electronic filing system.

/s/ E. Jerome Melson
E. Jerome Melson (BPR #013340)
GENTRY, TIPTON & McLEMORE, P.C.
P.O. Box 1990
Knoxville, Tennessee 37901-1990
(865) 525-5300

*EJM/clb:Donaldson/Notice of Appear*