UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE (GREENEVILLE)

| | |
|---|---|
| RANDALL BETHEA on behalf of himself and all others similarly situated in Tennessee and JAMES PADGETT on behalf of himself and all other non-Tennessee residents, <br><br> Plaintiffs, <br><br> vs. <br><br> CHAMPION LABORATORIES, INC., *et al.*, <br><br> Defendants | Case No. 2:08-CV-00126 <br><br> Judge J. Ronnie Greer <br> Magistrate Judge Dennis H. Inman |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to its obligations under Federal Rule of Civil Procedure 7.1, defendant

Donaldson Company, Inc. states that it has no parent company and that no publicly held

corporation owns 10% or more of Donaldson Company, Inc.'s stock.

Respectfully submitted,

GENTRY, TIPTON & McLEMORE, P.C.

By:    s/s E. Jerome Melson

Counsel for Defendant
Donaldson Company, Inc.
GENTRY, TIPTON & McLEMORE, P.C.
900 South Gay Street
Riverview Tower, Suite 2300
Knoxville, TN 37902
(865) 525-5300 (telephone)
(865) 637-6761 (facsimile)

## CERTIFICATE OF SERVICE

I, Amy P. Purcell, an attorney, hereby certify that on May 23, 2008, a copy of the

above **Corporate Disclosure Statement** was sent by First Class U.S. Mail, postage prepaid, to

the following:

**Chris Cadenhead**
Cadenhead Law Firm
Pier 98 Centre
534 Harbor Boulevard
Suite 501
Destin, FL 32541
(850) 837-5509

**Gordon Ball**
Ball & Scott
550 Main Avenue
750 NationsBank Center
Knoxville, TN 37902-2567
(865) 525-7028
*Counsel for Plaintiffs Randall Bethea and James Padgett*

**Nicholas J. Siciliano**
Latham & Watkins LLP (IL)
233 South Wacker Drive
5800 Sears Tower
Chicago, IL 60606
(312) 777-7021
*Counsel for Champion Laboratories, Inc.*

**Sanya Sarich**
Crowell & Moring
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004
(202) 624-2500
*Counsel for Bosch USA and Puralator Filters NA LLC*

**Brendan J. Healey**
Mandell Menkes LLC
333 West Wacker Drive
Suite 300
Chicago, IL 60606
(312) 251-1000
*Counsel for Mann + Hummel USA, Inc.*

MILW_6814512.1

**Edward Hassi**
O'Melveny and Myers LLP
Time Square Tower
7 Times Square
New York, NY 10036
(212) 326-4318
*Counsel for Honeywell International, Inc.*

**John DeQ. Briggs**
Howrey LLP
1299 Pennsylvania Avenue, NW
Washington, DC 20004
(202) 783-0800
*Counsel for Wix Filtration Corp., LLC*

**Darrell Prescott**
Baker & McKenzie LLP
1114 Avenue of the Americas
New York, NY 10036
(212) 626-4476
*Counsel for Baldwin Filters, Inc.*

**Martin J. Dubowsky**
Martin J. Dubowsky, Ltd.
2239 N. Orchard Street
Chicago, IL 60614
(773) 975-9000
*Counsel for Arvinmeritor, Inc.*

By:    /s/ E. Jerome Melson

MILW_6814512.1