# $W_{\text{EINSTEIN}}$ $K_{\text{ITCHENOFF}}$ $\&A_{\text{SHER}}$ LLC

1845 Walnut Street  Suite 1100  Philadelphia PA 19103

voice 215 545 7200
fax    215 545 6535
web  www.wka-law.com

STEVEN A. ASHER

Email: asher@wka-law.com
Admitted in PA and NY

May 20, 2008

## Via Overnight Mail

Jeffrey N. Lüthi, Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E., Room G-255, North Lobby
Washington, DC  20002-8004

$2 : 08 - CY - 126$

### Re:  In Re:  Aftermarket Filters Antitrust Litig., MDL No. 1957

Dear Mr. Lüthi:

Enclosed for filing are an original and 4 copies of the following with respect to the above litigation:

1) Plaintiff Central Warehouse Sales Corp.'s Rule 5.3 Corporate Disclosure Statement;

2) Plaintiff Worldwide Equipment, Inc.'s Rule 5.3 Corporate Disclosure Statement;

3) Joint Motion of Plaintiffs Worldwide Equipment, Inc. and Central Warehouse Sales Corporation for Transfer of Actions to the District of New Jersey for Centralized Pretrial Proceedings Pursuant to 28 U.S.C. § 1407;

4) Joint Memorandum of Law of Plaintiffs Worldwide Equipment, Inc. and Central Warehouse Sales Corporation in Support of Their Motion Pursuant to 28 U.S.C. § 1407 for Transfer of Actions to the District of New Jersey for Centralized Pretrial Proceedings; and

5) Certificate of Service.

# W<sub>EINSTEIN</sub> K<sub>ITCHENOFF</sub> & A<sub>SHER</sub> LLC

Mr. Lüthi
May 20, 2008
Page 2

     Also enclosed is a CD containing the aforementioned documents in Adobe format, as well as one additional copy set of the documents.

Sincerely,

Steven A. Asher

Enclosures

cc: All Counsel and Courts Listed on Attached Certificate of Service (w/enclosures – paper copies only)