**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENVILLE**

| | |
|---|---|
| RANDALL BETHEA, on behalf of himself and all others similarly situated in Tennessee and JAMES PADGETT, on behalf of himself and all other non-Tennessee residents,<br><br>Plaintiffs,<br><br>vs.<br><br>CHAMPION LABORATORIES, INC.; PUROLATOR FILTERS N.A. L.L.C.; HONEYWELL INTERNATIONAL INC.; WIX FILTRATION CORP.; THE DONALDSON COMPANY; BALDWIN FILTERS, INC.; BOSCH USA; MANN + HUMMEL USA, INC.; ARVINMERITOR, INC.; and JOHN DOE DEFENDANTS 1 - 100,<br><br>Defendants. | Case No. 2:08-cv-00126 |

**STIPULATION FOR EXTENSION OF DEFENDANTS' TIME
TO RESPOND TO COMPLAINT PURSUANT TO LOCAL RULE 12.1(a)**

WHEREAS, plaintiffs Randall Bethea and James Padgett ("Plaintiffs") filed the complaint in this action on or about April 25, 2008 against defendants Champion Laboratories, Inc., Purolater Filters N.A. L.L.C., Honeywell International Inc., Wix Filtration Corp., The Donaldson Company, Baldwin Filters, Inc., Bosch USA, Mann + Hummel USA, Inc., and ArvinMeritor, Inc.; and

WHEREAS, Plaintiffs agree that all Defendants shall be entitled to a twenty-day initial extension of time to respond to the complaint pursuant to Local Rule 12.1(a); and

WHEREAS, a stipulation to this effect was filed in this action by Plaintiffs and certain defendants on May 23, 2008 (Docket No. 14);

NOW, THEREFORE, Plaintiffs, and Purolater Filters N.A. L.L.C. and Robert Bosch LLC[1] (together, "Defendants"), by and through their undersigned counsel, HEREBY STIPULATE AND AGREE that Defendants' time to respond to the complaint shall be extended for twenty days.

IT IS SO STIPULATED.

Dated: May 28, 2008                             Respectfully submitted,


 /s/  R. Dale Grimes                                 /s/  Gordon Ball *with permission by R. Dale Grimes*
R. Dale Grimes (Bar No. 6223)             Gordon Ball (Bar No. 11355)
BASS BERRY & SIMS PLC                      BALL AND SCOTT PA
315 Deaderick Street, Suite 2700          550 West Main Street, Suite 601
Nashville, Tennessee 37238-3001          Knoxville, Tennessee 37902
Tel.:   (615) 742-6200                         Tel.:   (865) 525-7028
Fax:   (615) 742-6293                          Fax:   (865) 525-4679
*Attorney for Purolator Filters N.A. L.L.C.*   *Attorney for Plaintiffs*
*& Robert Bosch LLC*

Daniel Sasse                                       Chris Cadenhead
Jerome A. Murphy                              CADENHEAD LAW FIRM
John L. Cuddihy                                 Pier 98 Centre
CROWELL & MORING LLP                     534 Harbor Boulevard, Suite 501
1001 Pennsylvania Avenue, NW          Destin, Florida 32541
Washington, D.C. 20004                     Tel.:   (850) 837-5509
Tel:   (202) 624-2500                          Fax:   (850) 682-8343
Fax:   (202) 628-5116                         *Attorney for Plaintiffs*
*Attorney for Purolator Filters N.A. L.L.C.*
*& Robert Bosch LLC*

---

[1]   Plaintiffs named "Bosch U.S.A." as a defendant in this action, but delivered the Summons and Complaint for Bosch U.S.A. to Bosch Management Services Corporation. Undersigned counsel is unaware of any entity named "Bosch U.S.A.," and represents Robert Bosch LLC for purposes of this filing.

## CERTIFICATE OF SERVICE

I hereby certify that on May 28, 2008, a true and correct copy of the foregoing "Stipulation for Extension of Defendants' Time to Respond to Complaint Pursuant to Local Rule 12.1(a)" was filed electronically.  Notice of this filing will be sent by electronic mail message to all counsel of record by operation of the Court's electronic filing system.  Parties may access this filing through the Court's CM/ECF system.

      /s/ R. Dale Grimes
      R. Dale Grimes

6833954.2