UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENVILLE

| | |
|---|---|
| RANDALL BETHEA, on behalf of himself and all others similarly situated in Tennessee and JAMES PADGETT, on behalf of himself and all other non-Tennessee residents,<br><br>Plaintiffs,<br><br>vs.<br><br>CHAMPION LABORATORIES, INC.; PUROLATOR FILTERS N.A. L.L.C.; HONEYWELL INTERNATIONAL INC.; WIX FILTRATION CORP.; THE DONALDSON COMPANY; BALDWIN FILTERS, INC.; BOSCH USA; MANN + HUMMEL USA, INC.; ARVINMERITOR, INC.; and JOHN DOE DEFENDANTS 1 - 100,<br><br>Defendants. | Case No. 2:08-cv-00126 |

**PUROLATER FILTERS N.A. L.L.C.'S AND
ROBERT BOSCH LLC'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Purolator Filters N.A. L.L.C. and Robert Bosch LLC[1] certify the following information about their corporate parent companies:

Purolater Filters N.A. L.L.C. is owned by two parent companies, Robert Bosch LLC and Mann + Hummel Inc.  Each parent owns 50% of the stock of Purolater Filters N.A. L.L.C.

---

[1] Plaintiffs named "Bosch U.S.A." as a defendant in this action, but delivered the Summons and Complaint for Bosch U.S.A. to Bosch Management Services Corporation. Undersigned counsel is unaware of any entity named "Bosch U.S.A.," and represents Robert Bosch LLC for purposes of this filing.


Robert Bosch LLC has two "members," or parents: Robert Bosch North America Corporation and Robert Bosch Zweite VermoegensverwaltungsgesellschaftmbH.

Dated: May 28, 2008

Respectfully submitted,

*/s/* R. Dale Grimes
R. Dale Grimes (Bar No. 6223)
BASS BERRY & SIMS PLC
315 Deaderick Street, Suite 2700
Nashville, Tennessee 37238-3001
Tel.:  (615) 742-6200
Fax:  (615) 742-6293

Daniel Sasse
Jerome A. Murphy
John L. Cuddihy
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, D.C. 20004
Tel:  (202) 624-2500
Fax:  (202) 628-5116

*Attorney for Purolator Filters N.A. L.L.C. & Robert Bosch LLC*

**CERTIFICATE OF SERVICE**

     I hereby certify that on May 28, 2008, a true and correct copy of the foregoing "Purolater Filters N.A. L.L.C.'s and Robert Bosch LLC's Corporate Disclosure Statement" was filed electronically. Notice of this filing will be sent by electronic mail message to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

                                               /s/ R. Dale Grimes
                                               R. Dale Grimes

6833948.1