# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE
### AT GREENVILLE

| | | |
|---|---|---|
| **RANDALL BETHEA**, on behalf of himself and all other similarly situated in Tennessee and **JAMES PADGETT** on behalf of himself and all other non-Tennessee residents, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No.: 2:08-cv-00126 |
| **CHAMPION LABORATORIES, INC.,;** **PUROLATOR FILTERS N.A. L.L.C.;** **HONEYWELL INTERNATIONAL INC.;** **WIX FILTRATION CORP.; THE DONALDSON COMPANY; BALDWIN FILTERS INC.; BOSCH USA; MANN + HUMMEL USA, INC.; ARVINMERITOR, INC.; and JOHN DOE DEFENDANTS 1-100,** | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF APPEARANCE

Jeffrey J. Switzer of the firm of Evans, Jones & Reynolds, P.C. hereby gives notice of his appearance as counsel on behalf of the Defendant, Arvinmeritor, Inc.

/s/ Jeffrey J. Switzer
Jeffrey J. Switzer (#18194)
Evans, Jones & Reynolds, P.C.
710 SunTrust Plaza
401 Commerce Street
Nashville, TN 37219
(615) 259-4685

*Counsel for Defendant Arvinmeritor, Inc.*

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing **NOTICE OF APPEARANCE** has been served electronically on the following:

David L. Johnson
Miller & Martin, PLLC
1200 One Nashville Place
150 Fourth Avenue North
Nashville, TN 37219

*Counsel for Defendant Champion Laboratories, Inc. And Honeywell International, Inc.*

Rebecca B. Crawford
Alston & Bird, LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424

*Counsel for Mann + Hummel USA, Inc.*

Gordon Ball
Ball and Scott, PA
550 W. Main Street, Suite 601
Knoxville, TN 37902

Chris Cadenhead
Cadenhead Law Firm
Pier 98 Centre
534 Harbor Boulevard, Suite 501
Destin, FL 32541

*Attorneys for Plaintiffs*

this 2nd day of June, 2008.

                              /s/ Jeffrey J. Switzer
                              Jeffrey J. Switzer

354904.001.sm.Notice of Appearance.wpd