# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# AT GREENVILLE

| | |
|---|---|
| **RANDALL BETHEA**, on behalf of himself and all other similarly situated in Tennessee and **JAMES PADGETT** on behalf of himself and all other non-Tennessee residents, <br><br>      **Plaintiffs,** <br><br>v. <br><br>**CHAMPION LABORATORIES, INC.,;** **PUROLATOR FILTERS N.A. L.L.C.;** **HONEYWELL INTERNATIONAL INC.;** **WIX FILTRATION CORP.; THE DONALDSON COMPANY; BALDWIN FILTERS INC.; BOSCH USA; MANN + HUMMEL USA, INC.; ARVINMERITOR, INC.; and JOHN DOE DEFENDANTS 1-100,** <br><br>      **Defendants.** | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Case No.: 2:08-cv-00126 |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5(b)(1), Jeffrey J. Switzer moves the Court for admission *pro hac vice* as counsel for Defendant, Arvinmeritor, Inc. In support of his Motion, Mr. Switzer states as follows:

    1.    Mr. Switzer is a resident of Nashville, Davidson County, Tennessee.

    2.    Mr. Switzer is a member in good standing of the bar of the United States District for the Middle District of Tennessee. *See*, Certificate of Good Standing attached as **Exhibit 1** to this Motion.

    3.    Mr. Switzer has submitted a check for the fee of $60.00 in connection with this Motion.

/s/ Jeffrey J. Switzer
Jeffrey J. Switzer (#18194)
Evans, Jones & Reynolds, P.C.
710 SunTrust Plaza
401 Commerce Street
Nashville, TN 37219
(615) 259-4685

*Counsel for Defendant Arvinmeritor, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **MOTION FOR ADMISSION PRO HAC VICE** has been served electronically on the following:

David L. Johnson
Miller & Martin, PLLC
1200 One Nashville Place
150 Fourth Avenue North
Nashville, TN 37219

*Counsel for Defendant Champion Laboratories, Inc. And Honeywell International, Inc.*

Rebecca B. Crawford
Alston & Bird, LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424

*Counsel for Mann + Hummel USA, Inc.*

Gordon Ball
Ball and Scott, PA
550 W. Main Street, Suite 601
Knoxville, TN 37902

Chris Cadenhead
Cadenhead Law Firm
Pier 98 Centre
534 Harbor Boulevard, Suite 501
Destin, FL 32541

*Attorneys for Plaintiffs*

this 2nd day of June, 2008.

/s/ Jeffrey J. Switzer
Jeffrey J. Switzer

354904.002.sm.Motion for Admistion PHV.wpd

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA

} ss.

MIDDLE DISTRICT OF TENNESSEE

I, **KEITH THROCKMORTON**, Clerk of the United States District Court for the Middle District of Tennessee,

DO HEREBY CERTIFY That **JEFFREY J. SWITZER** was duly admitted to practice in said Court on **March 13, 2002**, and is in good standing as a member of the bar of said Court.

Dated at Nashville, Tennessee on May 7th, 2008.



KEITH THROCKMORTON, CLERK

By 
Deputy Clerk