UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE

| | | |
|---|---|---|
| RANDALL BETHEA, ET AL | ) | |
| | ) | |
| V. | ) | NO. 2:08-CV-126 |
| | ) | |
| CHAMPION LABORATORIES, INC., | ) | |
| ET AL | ) | |

O R D E R

The defendant Arvinmeritor, Inc., has filed a Motion [Doc. 22] for admission of Jeffrey J. Switzer, Esq., *pro hac vice* in this action. The Motion is GRANTED.

SO ORDERED:

　　　　　　　　　　　　　　　　　　s/ Dennis H. Inman
　　　　　　　　　　　　　　　　　United States Magistrate Judge