**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF TENNESSEE
800 Market Street, Suite 130
Knoxville, Tennessee 37902

(865) 545-4228
*www.tned.uscourts.gov*

**PATRICIA L. McNUTT**                                    **JOHN L. MEDEARIS**
Clerk of the Court                                                  Chief Deputy Clerk


Dear Counsel,

This letter is being sent to you because you have either filed a document on paper (rather than electronically) or the Clerk's Office has had to serve documents on you by mail. Attached is a copy of the Court's order requiring attorneys to register as Electronic Filing Users and file their pleadings electronically through the CM/ECF system or show the presiding judge good cause for filing and serving documents in the traditional manner.

You may register for electronic filing and register yourself and/or your staff for training on our web site, www.tned.uscourts.gov, or you may give me a call.

Continued failure to register for electronic filing and/or failure to file pleadings electronically will be brought to the attention of the presiding judge for appropriate action, which may include the issuance of a show cause order. Please note that if you seek permission to be excused from electronic filing because of lack of computer equipment, computer illiteracy or lack of training on electronic filing, the Court expects counsel to consult with the Clerk's Office about these issues before seeking relief from the electronic filing requirement.

The Clerk's Office is committed to assist you in any way possible to successfully use the electronic filing system. If I can be of any assistance in this matter, please do not hesitate to let me know.


Sincerely,


s/Rick Tipton

_____
Deputy Clerk in Charge
[423-639-3105]

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE

IN RE:                                        )
                                              )
ELECTRONIC CASE FILING                        )

### O R D E R

Eastern District of Tennessee Local Rule 5.2 provides that "[a]t any time during the pendency of a case, the presiding judicial officer may require, absent a showing of good cause, that parties file documents electronically using the Court's Case Management/Electronic Case Files (CM/ECF) system."

All attorneys practicing in the Eastern District of Tennessee must register as Electronic Filing Users and file their pleadings electronically through the CM/ECF system by **JANUARY 10, 2005**, or show the presiding judge good cause to file and serve documents in the traditional manner.


*s/R. Allan Edgar*
R. ALLAN EDGAR
CHIEF UNITED STATES DISTRICT JUDGE


| *s/Curtis L. Collier* | *s/Thomas Gray Hull* |
|---|---|
| CURTIS L. COLLIER | THOMAS GRAY HULL |
| UNITED STATES DISTRICT JUDGE | SENIOR UNITED STATES DISTRICT JUDGE |
| | |
| *s/Thomas W. Phillips* | *s/James H. Jarvis* |
| THOMAS W. PHILLIPS | JAMES H. JARVIS |
| UNITED STATES DISTRICT JUDGE | SENIOR UNITED STATES DISTRICT JUDGE |
| | |
| *s/Thomas A. Varlan* | *s/Leon Jordan* |
| THOMAS A. VARLAN | LEON JORDAN |
| UNITED STATES DISTRICT JUDGE | SENIOR UNITED STATES DISTRICT JUDGE |
| | |
| *s/J. Ronnie Greer* | |
| J. RONNIE GREER | |
| UNITED STATES DISTRICT JUDGE | |