.+OAO 440 (Rev. 8/01) Summons in a Civil Action

UNITED STATES DISTRICT
EASTERN DISTRICT OF TENNESEE
AT GREENVILLE

| | |
|---|---|
| RANDALL BETHEA on behalf of himself and all others similarly situated in Tennessee and JAMES PADGETT on behalf of himself and all other non-Tennessee residents, <br><br> Plaintiffs, <br><br> vs. <br><br> CHAMPION LABORATORIES, INC.; PUROLATOR FILTERS N.A., LLC; HONEYWELL INTERNATIONAL, INC.; WIX FILTRATION CORP.; THE DONALDSON COMPANY; BALDWIN FILTERS, INC.; BOSCH USA; MANN + HUMMELL USA, INC.;ARVINMERITOR, INC. and JOHN DOE DEFENDANTS 1-100 <br><br> Defendants. | SUMMONS 2:08-CV-126 |

TO:  ArvinMeritor
c/o The Corporation Company
30600 Telegraph Road
Bingham Farms, Michigan 48025

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address) an answer to the complaint which is served on you with this summons, within twenty (20) days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PATRICIA L. McNUTT, CLERK                                        4/28/08
CLERK                                                             DATE
_____
(By) DEPUTY CLERK

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 6/3/08 |

NAME OF SERVER (PRINT)  Scottie Smith          TITLE ___

*Check one box below to indicate appropriate method of service*

( ) Served personally upon the defendant. Place where served: _____

( ) Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left _____

( ) Returned unexecuted: _____

(✓) Other (specify): Certified Mail / Return Receipt

### STATEMENT OF SERVICE FEES

TRAVEL _____    SERVICES _____    TOTAL _____

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on: 5/27/08
              Date

Signature of Server: Scottie Smith

Address of Server: Ball & Scott, 550 W Main, Suite 601, Knoxville, TN 37902

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  The Corporation C☑ Agent / ☐ Addressee<br><br>B. Received by ( Printed Name )  C. Date of Delivery<br>  MAY 27 2008 |
| 1. Article Addressed to:<br><br>Arvin Meritor<br>c/o The Corporation Company<br>30600 Telegraph Rd.<br>Bingham Farms, MI<br>48025 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☑ Certified Mail    ☐ Express Mail<br>☐ Registered       ☑ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D.<br><br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label)    7002 2410 0003 2872 4361 | |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540