UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT GREENVILLE

| | |
|---|---|
| RANDALL BETHEA, on behalf of himself and all others similarly situated in Tennessee and JAMES PADGETT on behalf of himself and all other non-Tennessee residents,<br><br>     Plaintiffs,<br><br> v.<br><br>CHAMPION LABORATORIES, INC.; PUROLATOR FILTERS N.A. L.L.C.; HONEYWELL INTERNATIONAL INC.; WIX FILTRATION CORP.; THE DONALDSON COMPANY; BALDWIN FILTERS INC.; BOSCH USA; MANN + HUMMEL USA, INC.; ARVINMERITOR, INC.; and JOHN DOE DEFENDANTS 1-100,<br><br>     Defendants. | Case No.: 2:08–cv–00126 |

**PLAINTIFFS' AND DEFENDANTS' JOINT MOTION FOR ENTRY OF
AGREED ORDER TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO
COMPLAINT AND TO STAY DISCOVERY**

All parties hereby respectfully and jointly move this Court for entry of the attached Agreed Order to Extend Time for Defendants to Respond to Complaint and to Stay Discovery. The parties agree to the following facts in support of this motion:

1. Plaintiffs Randall Bethea and James Padgett (the "Plaintiffs") have filed the above-captioned case ("Plaintiffs' Action").

2. Plaintiffs allege antitrust violations by manufacturers, distributors, and sellers of oil, air, fuel and transmission filters ("Filters"), including but not limited to defendants Champion Laboratories, Inc., Purolator Filters N.A. L.L.C., Bosch U.S.A., Mann + Hummel

U.S.A., Inc. ArvinMeritor, Inc., Honeywell International Inc., Wix Filtration Corp. LLC, Donaldson Company, Inc., and Baldwin Filters, Inc. (the "Defendants");

3. At least thirty-five complaints have been filed to date in federal district courts throughout the United States by plaintiffs purporting to bring class actions on behalf of direct or indirect purchasers of Filters alleging antitrust violations by manufacturers, distributors, and sellers of oil, air, fuel and transmission filters (collectively, the "Filters Cases");

4. Four separate motions are pending before the Judicial Panel on Multidistrict Litigation ("Panel") to transfer the Filters Cases for coordinated and consolidated pretrial proceedings in a single district pursuant to 28 U.S.C. § 1407 (the "MDL Motion");

5. Plaintiffs anticipate the possibility of a Consolidated Complaint in the Filters Cases after an order on the MDL Motion is issued by the Panel and the Filters Cases are assigned to a transferee court; and

6. Plaintiffs and Defendants have agreed that an orderly schedule for any response to the complaint in Plaintiffs' Action and any pre-trial discovery would be more efficient for the Parties and for the Court.

WHEREFORE, all parties to this action jointly move this Court to grant this Joint Motion for Entry of Agreed Order to Extend Time for Defendants to Response to Complaint and to Stay Discovery.[1]

---

[1] Pursuant to Rule 6 of the ECF Rules and Procedures for the U.S. District Court for the Eastern District of Tennessee, the Filing User hereby represents that all signatories have consented to the filing of this document.

Dated: June 4, 2008

*/s/ D. Johnson by D. Grimes w/ permission*
David L. Johnson
MILLER & MARTIN PLLC
1200 One Nashville Place
150 Fourth Avenue, North
Nashville, TN 37219
Telephone: 615-744-8505
Fax: 615-744-8605

*Counsel for Defendant Champion Laboratories, Inc. and Honeywell International Inc.*

*/s/ R. Crawford by D. Grimes w/ permission*
Rebecca B. Crawford (Bar No. 023122)
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
Telephone: 404-881-4824
Fax: 404-253-8124

*Counsel for Mann + Hummel USA, Inc.*

*/s/ S. Morris Hadden by D. Grimes w/ permission*
S. Morris Hadden
HUNTER, SMITH & DAVIS, LLP
1212 North Eastman Road
Kingsport, TN  37664
Telephone:  423-378-8820
Fax: 423-378-8801

*Counsel for Baldwin Filters Inc.*

Respectfully submitted,

*/s/ Gordon Ball by D. Grimes w/ permission*
Gordon Ball (Bar No. 11355)
BALL AND SCOTT PA
550 W. Main Street, Suite 601
Knoxville, TN 37902
Telephone: 865-525-7028
Fax: 865-525-4679

Chris Cadenhead
CADENHEAD LAW FIRM
Pier 98 Centre
534 Harbor Boulevard, Suite 501
Destin, FL 32541
Telephone: 850-837-5509
Fax: 850-682-8343

*Attorneys for Plaintiffs*

3

*/s/ J. Melson by D. Grimes w/ permission*
E. Jerome Melson
GENTRY, TIPTON & McLEMORE, P.C.
900 South Gay Street
Riverview Tower, Suite 2300
Knoxville, TN 37902
Telephone: 865-525-5300
Fax: 865-637-6761

*Counsel for Donaldson Company, Inc.*

*/s/ Andrew Colocotronis by D. Grimes w/ permission*
Andrew Colocotronis
BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC
Riverview Tower
900 S. Gay Street, Suite 2200 (Zip 37902)
P.O. Box 1792
Knoxville, TN  37901
Telephone:  865.549-7119
Fax:  865.633.7119

*Counsel for Wix Filtration Products*

*/s/ R. Dale Grimes*
R. Dale Grimes (Bar No. 6223)
Joshua R. Denton (Bar No. 23248)
BASS BERRY & SIMS PLC
315 Deaderick Street, Suite 2700
Nashville, TN 37238-3001
Telephone: 615-742-6200
Fax: 615-742-6293

*Counsel for Purolator Filters N.A. L.L.C. & Robert Bosch LLC*

*/s/ J. Switzer by D. Grimes w/ permission*
Jeffrey J. Switzer (BPR# 018914)
EVANS, JONES AND REYNOLDS, P.C.
401 Commerce Street, Suite 710
Nashville, TN 37219-2405
Telephone:  615-259-4685
Fax:  615-256-4448

*Counsel for ArvinMeritor Inc.*

**CERTIFICATE OF SERVICE**

   I hereby certify that on June 4, 2008, a copy of the foregoing was filed electronically with the Court. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt and/or by U.S. Mail, including counsel as indicated below.

Gordon Ball
Ball & Scott
550 Main Avenue
750 NationsBank Center
Knoxville, TN  37902-2567
Email: filings@ballandscott.com
*Counsel for Plaintiff*

Chris Cadenhead
Cadenhead Law Firm
Pier 98 Centre
534 Harbor Boulevard
Suite 501
Destin, FL  32541
Email:
*Counsel for Plaintiff*

Andrew L. Colocotronis
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC
Riverview Tower
P.O. Box 1792
Knoxville, TN  37901-1792
Email: acolocotronis@bakerdonelson.com
*Counsel for Wix Filtration Corporation*

Rebecca B. Crawford
Alston & Bird
1201 W Peachtree Street
Atlanta, GA  30309-3424
Email: rebecca.crawford@alston.com
*Counsel for Mann + Hummell USA, Inc.*

E. Jerome Melson
Gentry, Tipton, Kizer & McLemore, P.C.
P. O. Box 1990
Knoxville, TN 37901-1990
Email: ejm@tennlaw.com
*Counsel for Donaldson Company, Inc.*

S. Morris Hadden
Hunter, Smith & Davis
P. O. Box 3740
Kingsport, TN  37664
Email:  mhadden@hsdlaw.com
*Counsel for Baldwin Filters, Inc.*

Jeffrey J. Switzer
Evans, Jones and Reynolds, P.C.
710 Suntrust Plaza
401 Commerce Street
Nashville, TN 37219-2405
Email: JSwitzer@ejrlaw.com
*Counsel for ArvinMeritor Inc.*

David L. Johnson
Miller & Martin
150 Forth Avenue North
1200 One Nashville Place
Nashville, TN  37219-2433
Email: dljohnson@millermartin.com
*Counsel for Champion Laboratories, Inc.
and
Honeywell International, Inc.*

            */s/ R. Dale Grimes*_____

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT GREENVILLE

| | |
|---|---|
| RANDALL BETHEA, on behalf of himself and all others similarly situated in Tennessee and JAMES PADGETT on behalf of himself and all other non-Tennessee residents,<br><br>              Plaintiffs,<br><br>   v.<br><br>CHAMPION LABORATORIES, INC.; PUROLATOR FILTERS N.A. L.L.C.; HONEYWELL INTERNATIONAL INC.; WIX FILTRATION CORP.; THE DONALDSON COMPANY; BALDWIN FILTERS INC.; BOSCH USA; MANN + HUMMEL USA, INC.; ARVINMERITOR, INC.; and JOHN DOE DEFENDANTS 1-100,<br><br>              Defendants. | Case No.: 2:08–cv–00126 |

**AGREED ORDER TO EXTEND TIME FOR DEFENDANTS
TO RESPOND TO COMPLAINT AND TO STAY DISCOVERY**

This matter came before the Court upon the parties' joint motion to extend the time for Defendants to respond to Plaintiffs' complaint and to stay discovery. Plaintiffs Randall Bethea and James Padgett (the "Plaintiffs") have filed the above-captioned case ("Plaintiffs' Action"), wherein they allege antitrust violations by manufacturers, distributors, and sellers of oil, air, fuel and transmission filters ("Filters"), including but not limited to the defendants Champion Laboratories, Inc., Purolator Filters N.A. L.L.C., Bosch U.S.A., Mann + Hummel U.S.A., Inc., ArvinMeritor, Inc., Honeywell International Inc., Wix Filtration Corp. LLC, Donaldson Company, Inc., and Baldwin Filters, Inc. (the "Defendants").

As set forth in the joint motion, the parties have represented that at least thirty-five complaints have been filed to date in federal district courts throughout the United States by

plaintiffs purporting to bring class actions on behalf of direct or indirect purchasers of Filters alleging antitrust violations by manufacturers, distributors, and sellers of oil, air, fuel and transmission filters (collectively, the "Filters Cases"). The parties have also represented that four motions are pending before the Judicial Panel on Multidistrict Litigation ("Panel") to transfer the Filters Cases for coordinated and consolidated pretrial proceedings in a single district pursuant to 28 U.S.C. § 1407 (the "MDL Motion"). The Plaintiffs anticipate the possibility of a Consolidated Complaint in the Filters Cases after an order on the MDL Motion is issued by the Panel and the Filters Cases are assigned to a transferee court (the "MDL Order").

As set forth in the joint motion and herein, the Plaintiffs and Defendants (the "Parties") have agreed that an orderly schedule for any response to the complaint in Plaintiffs' Action and any pre-trial discovery would be more efficient for the Parties and for the Court. As evidenced by the signatures of counsel to the parties below and as set forth in the joint motion, it appears to the Court that the parties are in agreement with respect to the terms set forth herein. Under these circumstances, and for good cause shown, the Court finds that the joint motion is well-taken and shall be GRANTED. Accordingly, the Court hereby ORDERS, ADJUDGES and DECREES as follows:

1.   The time for Defendants to answer, move, or otherwise respond to the complaint in Plaintiffs' Action shall be extended until the earliest of the following dates: (1) thirty days after the filing of a Consolidated Complaint in the Filters Cases; or (2) if this case is not transferred to another district pursuant to the MDL Order, thirty days after that Order;

2.   The Parties' obligations pursuant to Local Rule 16.1, Federal Rules of Civil Procedure 16 and 26 and other applicable local and federal rules shall be stayed until (1) this case is transferred pursuant to the MDL Order, in which case it will proceed on the schedule set by the transferee court; or (2), if this case is not transferred to another district pursuant to the

MDL Order, thirty days after Defendants have answered, moved or otherwise responded to the complaint in Plaintiffs' Action; and

   3. To conserve party and judicial resources and in light of the proceedings currently pending before the Judicial Panel on Multidistrict Litigation to consolidate and transfer all pending Filters Cases to one Court, this extension and stay is available in all related actions assigned to the undersigned to any defendant that provides written notice to all Plaintiffs of its intention to join this extension and stay, without further stipulation with counsel for Plaintiffs in the related actions.

   IT IS SO ORDERED.


Dated: June __, 2008          _____
                    Judge
                    United States District Court

APPROVED FOR ENTRY:[1]

*/s/ D. Johnson by D. Grimes w/ permission*
David L. Johnson
MILLER & MARTIN PLLC
1200 One Nashville Place
150 Fourth Avenue, North
Nashville, TN 37219
Telephone: 615-744-8505
Fax: 615-744-8605

*Counsel for Defendant Champion Laboratories, Inc. and Honeywell International Inc.*

*/s/ R. Crawford by D. Grimes w/ permission*
Rebecca B. Crawford (Bar No. 023122)
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
Telephone: 404-881-4824
Fax: 404-253-8124

*Counsel for Mann + Hummel USA, Inc.*

*/s/ S. Morris Hadden by D. Grimes w/ permission*
S. Morris Hadden
HUNTER, SMITH & DAVIS, LLP
1212 North Eastman Road
Kingsport, TN  37664
Telephone:  423-378-8820
Fax: 423-378-8801

*Counsel for Baldwin Filters Inc.*

*/s/ Gordon Ball by D. Grimes w/ permission*
Gordon Ball (Bar No. 11355)
BALL AND SCOTT PA
550 W. Main Street, Suite 601
Knoxville, TN 37902
Telephone: 865-525-7028
Fax: 865-525-4679

Chris Cadenhead
CADENHEAD LAW FIRM
Pier 98 Centre
534 Harbor Boulevard, Suite 501
Destin, FL 32541
Telephone: 850-837-5509
Fax: 850-682-8343

*Attorneys for Plaintiffs*

---

[1] Pursuant to Rule 6 of the ECF Rules and Procedures for the U.S. District Court for the Eastern District of Tennessee, the Filing User hereby represents that all signatories have consented to the filing of this document.

*/s/ J. Melson by D. Grimes w/ permission*
E. Jerome Melson
GENTRY, TIPTON & McLEMORE, P.C.
900 South Gay Street
Riverview Tower, Suite 2300
Knoxville, TN 37902
Telephone: 865-525-5300
Fax: 865-637-6761

*Counsel for Donaldson Company, Inc.*

*/s/ Andrew Colocotronis by D. Grimes w/ permission*
Andrew Colocotronis
BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC
Riverview Tower
900 S. Gay Street, Suite 2200 (Zip 37902)
P.O. Box 1792
Knoxville, TN  37901
Telephone:  865-549-7119
Fax:  865-633-7119

*Counsel for Wix Filtration Products*

*/s/ R. Dale Grimes*
R. Dale Grimes (Bar No. 6223)
Joshua R. Denton (Bar No. 23248)
BASS BERRY & SIMS PLC
315 Deaderick Street, Suite 2700
Nashville, TN 37238-3001
Telephone: 615-742-6200
Fax: 615-742-6293

*Counsel for Purolator Filters N.A. L.L.C. & Robert Bosch LLC*

*/s/ S. Morris Hadden by D. Grimes w/*
*permission*
S. Morris Hadden
HUNTER, SMITH & DAVIS, LLP
1212 North Eastman Road
Kingsport, TN  37664
Telephone:  423-378-8820
Fax: 423-378-8801

*Counsel for Baldwin Filters Inc.*

**CERTIFICATE OF SERVICE**

       I hereby certify that on June 4, 2008, a copy of the foregoing was filed electronically with the Court. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt and/or by U.S. Mail, including counsel as indicated below.

Gordon Ball
Ball & Scott
550 Main Avenue
750 NationsBank Center
Knoxville, TN 37902-2567
Email: filings@ballandscott.com
*Counsel for Plaintiff*

Chris Cadenhead
Cadenhead Law Firm
Pier 98 Centre
534 Harbor Boulevard
Suite 501
Destin, FL 32541
Email:
*Counsel for Plaintiff*

Andrew L. Colocotronis
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC
Riverview Tower
P.O. Box 1792
Knoxville, TN 37901-1792
Email: acolocotronis@bakerdonelson.com
*Counsel for Wix Filtration Corporation*


Rebecca B. Crawford
Alston & Bird
1201 W Peachtree Street
Atlanta, GA 30309-3424
Email: rebecca.crawford@alston.com
*Counsel for Mann + Hummell USA, Inc.*

E. Jerome Melson
Gentry, Tipton, Kizer & McLemore, P.C.
P. O. Box 1990
Knoxville, TN 37901-1990
Email: ejm@tennlaw.com
*Counsel for Donaldson Company, Inc.*

S. Morris Hadden
Hunter, Smith & Davis
P. O. Box 3740
Kingsport, TN 37664
Email: mhadden@hsdlaw.com
*Counsel for Baldwin Filters, Inc.*

Jeffrey J. Switzer
Evans, Jones and Reynolds, P.C.
710 Suntrust Plaza
401 Commerce Street
Nashville, TN 37219-2405
Email: JSwitzer@ejrlaw.com
*Counsel for ArvinMeritor Inc.*

David L. Johnson
Miller & Martin
150 Forth Avenue North
1200 One Nashville Place
Nashville, TN 37219-2433
Email: dljohnson@millermartin.com
*Counsel for Champion Laboratories, Inc.
and
Honeywell International, Inc.*


                                                      */s/ R. Dale Grimes*