UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT GREENVILLE

| | |
|---|---|
| RANDALL BETHEA, on behalf of himself and all others similarly situated in Tennessee and JAMES PADGETT on behalf of himself and all other non-Tennessee residents,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>CHAMPION LABORATORIES, INC.; PUROLATOR FILTERS N.A. L.L.C.; HONEYWELL INTERNATIONAL INC.; WIX FILTRATION CORP.; THE DONALDSON COMPANY; BALDWIN FILTERS INC.; BOSCH USA; MANN + HUMMEL USA, INC.; ARVINMERITOR, INC.; and JOHN DOE DEFENDANTS 1-100,<br><br>　　　　Defendants. | Case No.: 2:08–cv–00126 |

**DEFENDANT MANN + HUMMEL U.S.A., INC.'S
CORPORATE DISCLOSURE STATEMENT**

Defendant Mann + Hummel U.S.A., Inc. submits this corporate disclosure statement pursuant to Fed. R. Civ. P. 7.1, and states that it is a wholly owned subsidiary of Mann + Hummel, Inc., a Delaware Corporation, and is an indirect subsidiary of Mann + Hummel GmbH, a closely held German Corporation. No publicly held corporation owns a 10 percent or greater interest in Mann + Hummel U.S.A., Inc.

Dated: June 6, 2008

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　/s/ Rebecca B. Crawford
　　　　　　　　　　　　　　　　　　Rebecca B. Crawford (Bar No. 023122)
　　　　　　　　　　　　　　　　　　ALSTON & BIRD LLP
　　　　　　　　　　　　　　　　　　1201 West Peachtree Street
　　　　　　　　　　　　　　　　　　Atlanta, GA 30309-3424
　　　　　　　　　　　　　　　　　　Telephone: 404-881-7000
　　　　　　　　　　　　　　　　　　Fax: 404-253-8124
　　　　　　　　　　　　　　　　　　*Counsel for Mann + Hummel U.S.A., Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 6, 2008, a copy of Defendant Mann + Hummel U.S.A., Inc.'s Corporate Disclosure Statement dated June 6, 2008, was filed electronically.

Notice of the foregoing filing and this Certification of Service will be sent by email to all parties by operation of the Court's electronic filing system and by mail to any parties who are unable to accept electronic filing.

Parties may access the foregoing filings and this Certification of Service through the Court's system.

/s/ Rebecca B. Crawford
Rebecca B. Crawford

Gordon Ball
Ball & Scott
750 NationsBank Center
550 Main Avenue
Knoxville, TN 37902-2567

Andrew L. Colocotronis
Baker, Donelson, Bearman Caldwell &
Berkowitz, PC
P.O. Box 1792
Knoxville, TN 37901

R. Dale Grimes
Bass, Berry & Sims
315 Deaderick Street
Suite 2700
Nashville, TN 37238-0002

Jeffrey J. Switzer
Evans, Jones & Reynolds, P.C.
710 SunTrust Plaza
401 Commerce Street
Nashville, TN 37219

E. Jerome Melson
Gentry, Tipton & McLemore, P.C.
PO Box 1990
Knoxville, TN 37901

S. Morris Hadden
Hunter, Smith & Davis, LLP
PO Box 3740
Kingsport, TN 37664

Chris Cadenhead
Cadenhead Law Firm
Pier 98 Centre, Suite 501
534 Harbor Boulevard
Destin, FL 32541

David L. Johnson
Miller & Martin PLLC
1200 One Nashville Place
150 Fourth Avenue, North
Nashville, TN 37219