UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| **RANDALL BETHEA, on behalf of himself and all others similarly situated in Tennessee, and JAMES PADGETT, on behalf of himself and all other non-Tennessee residents,** | * * * * * | |
| **Plaintiffs,** | * * | |
| VS. | * * | Case No.:  2:08-cv-00126 (Judge J. Ronnie Greer) |
| **CHAMPION LABORATORIES, INC.; PUROLATOR FILTERS N.A. L.L.C.; HONEYWELL INTERNATIONAL INC., WIX FILTRATION CORP.; THE DONALDSON COMPANY; BALDWIN FILTERS, INC.; BOSCH USA; MANN + HUMMEL USA, INC.; ARVINMERITOR, INC.; and JOHN DOE DEFENDANTS 1-100,** | * * * * * * * * * | |
| **Defendants.** | * | |

NOTICE OF APPEARANCE

S. Morris Hadden of the firm of Hunter, Smith & Davis, LLP hereby gives notice of his appearance as counsel on behalf of Defendant Baldwin Filters, Inc.

                          s/*S. Morris Hadden*
                          S. Morris Hadden (BPR #000747)
                          Counsel for Defendant Baldwin Filters
                          **HUNTER, SMITH & DAVIS, LLP**
                          1212 N. Eastman Road
                          P. O. Box 3740
                          Kingsport, TN  37664
                          (423) 378-8820; Fax:  (423) 378-8801

## CERTIFICATE OF SERVICE

I hereby certify that on June 13, 2008, a copy of the foregoing **Notice of Appearance** was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U. S. Mail. Parties may access this filing through the Court's electronic filing system.

Gordon Ball, Esq.
**BALL & SCOTT**
550 Main Avenue, Suite 601
Knoxville, TN  37902
(Counsel for Plaintiffs)

David L. Johnson, Esq.
**MILLER & MARTIN PLLC**
1200 One Nashville Place
150 Fourth Avenue, North
Nashville, TN  37219
(Counsel for Champion & Honeywell)

R. Dale Grimes, Esq.
**BASS BERRY &SIMS PLC**
315 Deaderick Street, Suite 2700
Nashville, TN  37238-3001
(Counsel for Purolator & Bosch)

Andrew L. Colocotronis, Esq.
**BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, PC**
P. O. Box 1792
Knoxville, TN  37901
(Counsel for Wix Filtration)

E. Jerome Melson, Esq.
**GENTRY, TIPTON & MCLEMORE, P.C.**
P. O. Box 1990
Knoxville, TN  37901
(Counsel for Donaldson Company)

Rebecca B. Crawford, Esq.
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, GA  30309-3424
(Counsel for Mann +Hummel USA, Inc.)

Jeffrey J. Switzer, Esq.
**EVANS, JONES & REYNOLDS, P.C.**
710 SunTrust Plaza
401 Commerce Street
Nashville, TN 37219
(Counsel for Arvinmeritor, Inc.)

*s/S. Morris Hadden*
S. Morris Hadden (BPR #000747)
**HUNTER, SMITH & DAVIS, LLP**
1212 N. Eastman Road, P. O. Box 3740
Kingsport, TN  37664
(423) 378-8820; Fax:  (423) 378-8801