

# SRK SPECTOR ROSEMAN & KODROFF

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

1818 Market Street, Suite 2500, Philadelphia, Pennsylvania 19103 • (215) 496-0300 • Fax (215) 496-6611

www.srk-law.com

Direct E-Mail:
Espector@srk-law.com

June 11, 2008

**VIA Overnight Mail**

Jeffrey N. Lüthi, Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E., Room G-255, North Lobby
Washington, DC 20002-8004

2:08-CV-126

**RE:    *In re Aftermarket Filters Antitrust Litigation, MDL No. 1957***

Dear Mr. Lüthi:

Enclosed for filing are an original and 4 copies of the following with respect to the above litigation:

1) Plaintiffs Central Warehouse Sales Corporation's  and Worldwide Equipment, Inc.'s Consolidated Response for Transfer of Actions to the Northern District of Illinois for Centralized Pretrial Proceedings Pursuant to 28 U.S.C. § 1407; and

2) Certificate of Service.

Also enclosed is a CD containing the aforementioned documents in Adobe format.

Sincerely,

Eugene Spector /ss

Eugene A. Spector

Enclosures

cc: All counsel and Courts Listed on Attached Certificate of Service (w/ enclosures - paper
copies only)

RECEIVED

JUN 1 6 2008

Clerk, U.S. District Court
Eastern District of Tennesse

