



MINNEAPOLIS
Suite 2200
100 Washington Avenue South
Minneapolis, MN 55401-2179
T 612.339.6900
F 612.339.0981

WASHINGTON, D.C.
Suite 210
415 Second Street, N.E.
Washington, DC 20002-4900
T 202.544.9840
F 202.544.9850



www.locklaw.com

W. Joseph Bruckner
Phone 612-339-6900
wjbruckner@locklaw.com
REPLY TO MINNEAPOLIS

June 9, 2008

Clerk of Court
Eastern District of Tennessee
Knoxville Clerk's Office
Kathy Keeton, Divisional Manager
800 Market Street
Suite 130
Knoxville, TN 37902

Re:   **In re Aftermarket Filters Antitrust Litigation**
      **MDL Docket No. 1957**

   1.   *Randall Bethea and James Padgett v. Champion Laboratories, Inc et al;*
        Case No. 2:08-CV-00126-JRG (E.D. TN) Judge J. Ronnie Greer (filed
        April 28, 2008);

Dear Clerk of Court:

   In connection with each of the above-referenced matters, enclosed for filing please find the following documents:

   1.   Interested Party Response of Plaintiffs S.A.E. Warehouse and Pawnee in Support of Transfer and Consolidation of Related Actions to the Northern District of Illinois Pursuant to 28 U.S.C. § 1407;

   2.   Schedule of Pending Actions; and

   3.   Certificate of Service.

   Also enclosed is a disk containing all of the documents identified above.

382431-1

Clerk of Court
United States District Court
Eastern District of Tennessee
June 9, 2008
Page 2

      Thank you for your attention to this matter, and if you have any questions please contact my office.

                              Very truly yours,

                              LOCKRIDGE GRINDAL NAUEN P.L.L.P.

                              W. Joseph Bruckner
                              Anna M. Horning Nygren

WJB/ctj
Enclosures
c:    All counsel of record

382431-1