*Attorneys at Law*

# POMERANTZ
### HAUDEK·BLOCK
### GROSSMAN·GROSS LLP

**Susan J. Weiswasser**
sjweiswasser@pomlaw.com

100 Park Avenue
New York, NY 10017-5516
T 212.661.1100
F 212.661.8665

One North LaSalle Street
Suite 2225
Chicago, IL 60602-3908
T 312.377.1181  F 312.377.1184

1025 Connecticut Ave. N.W.
Suite 1000
Washington, DC 20036
T 202.327.5420  F 202.327.5422

June 11, 2008

**BY OVERNIGHT COURIER**

Jeffrey N. Lüthi
Clerk of the Panel
Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Thurgood Marshall Judiciary Building
Room G-225, North Lobby
Washington, DC 20002

Re:   *In re Aftermarket Filters Antitrust Litigation*, MDL-1957   2:08-CV-126

Dear Mr. Lüthi:

I am counsel for Plaintiff in the above-captioned action. Enclosed please find an original and five copies of (i) the Response of All American Plazas of New Jersey, Inc. to the Joint Motion of Plaintiffs Worldwide Equipment, Inc. and Central Warehouse Sales Corporation for Transfer of Actions to the District of New Jersey For Centralized Pretrial Proceedings Pursuant to 28 U.S.C. § 1407; and (ii) the Corporate Disclosure Statement of All American Plazas of New Jersey, Inc., along with a CD of those documents in PDF format. Please stamp and return a copy of each of these documents to me in the enclosed envelope.

Thank you for your attention.

Respectfully submitted,

*Susan J. Weiswasser* (signature)

Susan J. Weiswasser

cc:   Michael M. Buchman, Esq.
      J. Douglas Richards, Esq.
      Allyn Z. Lite, Esq.
      Joseph J. DePalma, Esq.
      Jonathan P. Whitcomb, Esq.
      B.J. Wade, Esq.
      All Counsel on Certificate Of Service