# HEINS MILLS & OLSON, P.L.C.

ATTORNEYS AT LAW

310 CLIFTON AVENUE
MINNEAPOLIS, MINNESOTA 55403
TEL (612) 338-4605 • FAX (612) 338-4692
WWW.HEINSMILLS.COM

**RENAE D. STEINER**
RSTEINER@HEINSMILLS.COM

FILED

2008 JUN 16 A 9: 11

U.S. DISTRICT COURT
EASTERN DIST. TENN.

BY_____ DEP'T. CLERK

June 11, 2008

## VIA FEDERAL EXPRESS

Jeffrey Lüthi
Clerk for the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E.,
Room G-255, North Lobby
Washington, D.C. 20002

*2:08-cv-126*
*Judge Greer*

     RE:    **In Re Aftermarket Filters Antitrust Litigation**
              **MDL Docket No. 1957**

Dear Mr. Lüthi:

Enclosing for filing in the above-referenced litigation please find an original and four (4) copies of the following:

1.     Interested Party Response Of Plaintiffs Francis Doll, III, et al. and Jerry Vandiver

        et al., to the Motions to Transfer and Consolidate Related Antitrust Actions for

        Pretrial Proceedings Pursuant to 28 U.S.C. § 1407; and

2.     Certificate of Service.

Also enclosed please find a CD with item 1 in PDF format.

               Very truly yours,

               HEINS MILLS & OLSON, P.L.C.

               Renae D. Steiner

Enclosures

66194