2:08-cv-126

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE FILTERS<br>ANTITRUST LITIGATION | MDL DOCKET NO. 1957 |

### S&E QUICK LUBE DISTRIBUTORS, INC., FLASH SALES, INC., WILLIAM C. BRUENE D/B/A LONE STAR LUBE, T.D.S. COMPANY D/B/A TWI AUTO PARTS & SUPPLIES, AND BARJAN, LLC'S REPLY IN SUPPORT OF TRANSFER AND CONSOLIDATION OF RELATED ANTITRUST ACTIONS IN THE DISTRICT OF CONNECTICUT

S&E Quick Lube Distributors, Inc. ("S&E Quick Lube") – plaintiff in the first-filed case in the above-referenced litigation filed in the U.S. District Court for the District of Connecticut – and Flash Sales, Inc., William C. Bruene d/b/a Lone Star Lube, T.D.S. Company d/b/a TWI Auto Parts & Supplies, and Barjan, LLC – plaintiffs in other early-filed actions (collectively, "Moving Plaintiffs") – respectfully submit this Reply Memorandum of Law in Support of their Motion for