# BR&B

**Barrack, Rodos & Bacine**
*A Professional Corporation*
Attorneys At Law
www.barrack.com

Leonard Barrack
Gerald J. Rodos
Daniel E. Bacine
William J. Ban'
Jeffrey A. Barrack
Stephen R. Basser*
Regina M. Calcaterra'
Chad A. Carder**
A. Arnold Gershon††
Jeffrey B. Gittleman**
Jeffrey W. Golan
John L. Haeussler*
Robert A. Hoffman**
M. Richard Komins
Gloria Kui†††
Lisa M. Lamb
Leslie Bornstein Molder
Mark R. Rosen***
Beth R. Targan**
Samuel M. Ward*

Of Counsel:
Frances Vilella-Vélez††††

Admitted in PA, except:
*   Admitted in CA
**  Also admitted in NJ
*** Also admitted in CA & NJ
†   Also admitted in NY
††  Admitted in NY
††† Admitted in NY & NJ
†††† Also admitted in Puerto Rico

**Main Office**
Two Commerce Square
2001 Market Street
Suite 3300
Philadelphia, PA 19103
215.963.0600
215.963.0838 Fax

**California Office**
402 West Broadway
Suite 850
San Diego, CA 92101
619.230.0800
619.230.1874 Fax

**New Jersey Office**
49 Bridge Street
Lambertville, NJ 08530
609.773.0104
609.773.0219 Fax

**New York Office**
1350 Broadway
Suite 1001
New York, NY 10018
212.688.0782
212.688.0783 Fax

June 26, 2008

126
2:08-CV-~~482~~

<u>Via Overnight Mail</u>

Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, NE
Room G-255, North Lobby
Washington, DC 20002-8004

Re:   <u>In re: Aftermarket Filters Antitrust Litigation, MDL No. 1957</u>

Dear Sir or Madam:

Enclosed for filing is the Notice of Presentation or Waiver of Oral Argument on behalf of plaintiff Parts Plus Group, Inc. and a certificate of service reflecting service upon all counsel of record.

Please contact me if you have any questions.

Respectfully submitted,

Jeffrey B. Gittleman

JBG/mmb
Enclosures

cc:   All counsel on the attached service list

RECEIVED

JUL 07 2008

Clerk, U.S. District Court
Eastern District of Tennessee