BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE AFTERMARKET FILTERS ANTITRUST LITIGATION | MDL DOCKET NO. 1957 |

**S&E QUICK LUBE DISTRIBUTORS, INC., FLASH SALES, INC., WILLIAM C. BRUENE D/B/A LONE STAR LUBE, T.D.S. COMPANY D/B/A TWI AUTO PARTS & SUPPLIES, AND BARJAN, LLC'S SUPPLEMENTAL MEMORANDUM IN SUPPORT OF TRANSFER AND CONSOLIDATION OF RELATED ANTITRUST ACTIONS IN THE DISTRICT OF CONNECTICUT**

S&E Quick Lube Distributors, Inc. ("S&E Quick Lube") – plaintiff in the first-filed case in the above-referenced litigation filed in the U.S. District Court for the District of Connecticut – and Flash Sales, Inc., William C. Bruene d/b/a Lone Star Lube, T.D.S. Company d/b/a TWI Auto Parts & Supplies, and Barjan, LLC – plaintiffs in other early-filed actions (collectively, "Moving Plaintiffs") – respectfully submit this Supplemental Memorandum in Support of their Motion for Transfer and Consolidation of Related Antitrust Actions in the District of Connecticut before the Honorable Janet Bond Arterton.

On April 15, 2008, Moving Plaintiffs filed a motion with the Panel seeking transfer and consolidation of all related actions to the District of Connecticut. And, on June 17, Moving Plaintiffs filed a Reply Memorandum in support of transfer and consolidation in the District of Connecticut. Moving Plaintiffs hereby submit this Supplemental Memorandum to update the information contained in their earlier filings with the Panel to reflect additional cases that have been filed.

As of the date of this Supplemental Memorandum, 44 actions have now been commenced in seven districts throughout the country alleging unlawful conduct in the market for aftermarket filters in violation of federal antitrust laws ("*Filters Actions*"), as set forth in the chart below:

| DISTRICT | PENDING CASES |
| --- | --- |
| Connecticut | 20 |
| Southern District of Illinois | 7 |
| Northern District of Illinois | 7 |
| New Jersey | 3 |
| Eastern District of Tennessee | 1 |
| Middle District of Tennessee | 1 |
| Northern District of California | 5 |
| TOTAL CASES FILED | 44 |

Currently, 12 of the 20 *Filters Actions* pending in the District of Connecticut are before the Honorable Janet Bond Arterton (the judge presiding over the first-filed *Filters Action*), 5 of which have been consolidated by Judge Arterton as *In re Filters Antitrust Litig.*, Civ. No. 3:2008-cv-00475 (JBA). Of the remaining 8 cases pending in the District of Connecticut, 6 are pending transfer to Judge Arterton.

Dated: July 25, 2008                                   Respectfully submitted,

   /s/ *Bernard Persky*
Bernard Persky
Hollis L. Salzman
Eric J. Belfi
Gregory S. Asciolla
LABATON SUCHAROW LLP
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477

Doug Dubitsky
Kerry R. Callahan
UPDIKE, KELLY & SPELLACY, P.C.
One State St., PO Box 231277
Hartford, CT 06123-1277
Telephone: 860-548-2643
Fax: 860-548-6043

*Counsel for Plaintiffs S & E Quick Lube Distributors, Inc., Flash Sales, Inc., William Bruene d/b/a Lone Star Lube, T.D.S. Company d/b/a TWI Auto Parts & Supplies, and Barjan, LLC*

Mark Goldman
GOLDMAN SCARLATO & KARON, P.C.
101 West Elm Street, Suite 360
Conshohocken, PA 19428
Telephone: 484-342-0700
Fax: 484-342-0701

Gary B. Friedman
Tracey Kitzman
FRIEDMAN LAW GROUP LLP
270 Lafayette Street, 14th Floor
New York, NY 10012
Telephone: 212-680-5150
Fax: 646-277-1151

Corey D. Holzer
HOLZER HOLZER & FISTEL, LLC
1117 Perimeter Center West, Suite E-107
Atlanta, GA 30338

Telephone: 770-392-0090
Fax: 770-392-0029

*Counsel for Plaintiff Flash Sales, Inc.*

Greg P. Hansel
Patrick N. Strawbridge
PRETI FLAHERTY BELIVEAU &
PACHIOS LLP
One City Center
Portland, ME 04112-9546
Telephone: 207-791-3000
Fax: 207-791-3111

*Counsel for Plaintiff T.D.S. Company d/b/a
TWI Auto Parts & Supplies*

Robert N. Kaplan
Linda Nussbaum
KAPLAN FOX & KILSHEIMER LLP
685 Third Avenue
26th Floor
New York, NY 10017
Telephone: 212-687-1980

Richard L. Coffman
THE COFFMAN LAW FIRM
505 Orleans Street, Suite 505
Beaumont, TX 77701
Telephone: 409-883-7700
Fax: 866-835-8250

*Counsel for Plaintiff William C. Bruene
d/b/a Lone Star Lube*

Joseph C. Kohn
William E. Hoese
Douglas A. Abrahams
KOHN SWIFT & GRAF, P.C.
One South Broad Street
Suite 2100
Philadelphia, PA 19107
Telephone: 215-238-1700
Fax: 215-238-1968

*Counsel for Plaintiff Barjan, LLC*

4

BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE AFTERMARKET FILTERS
ANTITRUST LITIGATION

MDL DOCKET NO. 1957

PROOF OF SERVICE

I, Gregory Asciolla, hereby certify that a copy of the foregoing:

- S&E QUICK LUBE DISTRIBUTORS, INC., FLASH SALES, INC., WILLIAM C. BRUENE D/B/A LONE STAR LUBE, T.D.S. COMPANY D/B/A TWI AUTO PARTS & SUPPLIES, AND BARJAN, LLC'S SUPPLEMENTAL MEMORANDUM IN SUPPORT OF TRANSFER AND CONSOLIDATION OF RELATED ANTITRUST ACTIONS IN THE DISTRICT OF CONNECTICUT

and this Proof of Service was served on the parties on the attached Service List by First Class Mail on July 25, 2008.

Dated: July 25, 2008

Gregory Asciolla, Esq.