BCS, CLOSED, PHV

Live Database
U.S. District Court – Eastern District of Tennessee (Greeneville)
CIVIL DOCKET FOR CASE #: 2:08–cv–00126

Bethea et al v. Champion Laboratories, Inc et al  
Assigned to: District Judge J Ronnie Greer  
Referred to: Magistrate Judge Dennis H Inman  
Cause: 28:1331 Fed. Question: Anti–trust  

Date Filed: 04/28/2008  
Date Terminated: 08/26/2008  
Jury Demand: None  
Nature of Suit: 410 Anti–Trust  
Jurisdiction: Federal Question  

**Plaintiff**

**Randall Bethea**  
*on behalf of himself and all others similarly situated in Tennessee*

represented by **Chris Cadenhead**  
Cadenhead Law Firm  
Pier 98 Centre  
534 Harbor Boulevard  
Suite 501  
Destin, FL 32541  
850–837–5509  
Fax: 850–682–8343  
*LEAD ATTORNEY*  
*PRO HAC VICE*  
*ATTORNEY TO BE NOTICED*

**Gordon Ball**  
Ball &Scott  
550 Main Avenue  
750 NationsBank Center  
Knoxville, TN 37902–2567  
865–525–7028  
Fax: 865–525–4679  
Email: filings@ballandscott.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**James Padgett**  
*on behalf of himself and all others similarly situated in Tennessee*

represented by **Chris Cadenhead**  
(See above for address)  
*LEAD ATTORNEY*  
*PRO HAC VICE*  
*ATTORNEY TO BE NOTICED*

**Gordon Ball**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Champion Laboratories, Inc**                represented by

**David L Johnson**
Miller &Martin – Nashville
150 Fourth Avenue North
1200 One Nashville Place
Nashville, TN 37219–2433
615−244−9270
Email: dljohnson@millermartin.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Purolator Filters N.A., LLC.** represented by **R Dale Grimes**
Bass, Berry &Sims
315 Deaderick Street
Suite 2700
Nashville, TN 37238–0002
615−742−6200
Fax: 615−742−2744
Email: dgrimes@bassberry.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Honeywell International, Inc.** represented by **David L Johnson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Wix Filtration Corporation** represented by **Andrew L Colocotronis**
Baker, Donelson, Bearman &Caldwell – Knoxville
P O Box 1792
Knoxville, TN 37901–1792
865−549−7000
Email: acolocotronis@bakerdonelson.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Donaldson Company** represented by **E Jerome Melson**
Gentry, Tipton, Kizer &McLemore, PC
P O Box 1990
Knoxville, TN 37901–1990
865−525−5300
Fax: 865−523−7315
Email: ejm@tennlaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Baldwin Filters, Inc.** represented by **S Morris Hadden**
Hunter, Smith &Davis – Kingsport

P O Box 3740  
Kingsport, TN 37664  
423−378−8800  
Fax: 423−378−8801  
Email: mhadden@hsdlaw.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Defendant**

**Bosch USA**  represented by  **R Dale Grimes**  
(See above for address)  
*ATTORNEY TO BE NOTICED*

**Defendant**

**Mann + Hummell USA, Inc.**  represented by  **Rebecca B Crawford**  
Alston &Bird  
1201 W. Peachtree Street  
Atlanta, GA 30309−3424  
404−881−4824  
Fax: 404−881−7777  
Email: rebecca.crawford@alston.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Defendant**

**Arvinmeritor, Inc**  represented by  **Jeffrey J Switzer**  
Evans, Jones &Reynolds  
710 Suntrust Plaza  
401 Commerce Street  
Nashville, TN 37219  
615−259−4685  
Fax: 615−256-4448  
Email: jswitzer@ejrlaw.com  
*PRO HAC VICE*  
*ATTORNEY TO BE NOTICED*

**Defendant**

**John Doe**  
*1 – 100*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/28/2008 | Ï 1 | CLASS ACTION COMPLAINT against Mann + Hummell USA, Inc., Arvinmeritor, Inc, John Does 1 − 100, Champion Laboratories, Inc, Purolator Filters N.A., LLC., Honeywell International, Inc., Wix Filtration Corporation, The Donaldson Company, Baldwin Filters, Inc., and Bosch USA (Filing fee $ 350.00 received, receipt #G2002245), filed by Randall Bethea and James Padgett. (Attachments: # 1 Exhibit A − Affidavit of William G Burch, # 2 Civil Cover Sheet)(FMM, ) (Entered: 04/29/2008) |
| 04/28/2008 | Ï | Summons Issued as to Mann + Hummell USA, Inc., Arvinmeritor, Inc, |

| | | |
|---|---|---|
| | | Champion Laboratories, Inc, Purolator Filters N.A., LLC., Honeywell International, Inc., Wix Filtration Corporation, The Donaldson Company, Baldwin Filters, Inc., and Bosch USA and returned to attorney for service. (FMM, ) (Entered: 04/29/2008) |
| 04/29/2008 | Ï 2 | Letter from USDC Clerk's Office regarding admission to practice to Chris Cadenhead, Esq. (Attachments: # 1 ECF Registration Order) (FMM, ) (Entered: 04/29/2008) |
| 05/15/2008 | Ï 3 | MOTION for Leave to Appear Pro Hac Vice by Chris Cadenhead (Filing fee $ 60.00 received, receipt #G2002290.) on behalf of Plaintiffs Randall Bethea and James Padgett. (Attachments: # 1 Certificate of Good Standing from the USDC for the Northern District of Florida)(FMM, ) (Entered: 05/15/2008) |
| 05/16/2008 | Ï 4 | ORDER granting 3 Motion for Leave to Appear Pro Hac Vice for Chris Cadenhead, Esq. Signed by Magistrate Judge Dennis H Inman on 5/16/2008. (RLC, ) (Entered: 05/16/2008) |
| 05/16/2008 | Ï 5 | SUMMONS Returned Executed by Randall Bethea. Baldwin Filters, Inc. served on 5/9/2008. (Ball, Gordon) (Entered: 05/16/2008) |
| 05/16/2008 | Ï 6 | SUMMONS Returned Executed by Randall Bethea. Bosch USA served on 5/9/2008. (Ball, Gordon) (Entered: 05/16/2008) |
| 05/16/2008 | Ï 7 | SUMMONS Returned Executed by Randall Bethea. Honeywell International, Inc. served on 5/9/2008. (Ball, Gordon) (Entered: 05/16/2008) |
| 05/16/2008 | Ï 8 | SUMMONS Returned Executed by Randall Bethea. Mann + Hummell USA, Inc. served on 5/9/2008. (Ball, Gordon) (Entered: 05/16/2008) |
| 05/16/2008 | Ï 9 | SUMMONS Returned Executed by Randall Bethea. Purolator Filters N.A., LLC. served on 5/9/2008. (Ball, Gordon) (Entered: 05/16/2008) |
| 05/16/2008 | Ï 10 | SUMMONS Returned Executed by Randall Bethea. Donaldson Company served on 5/12/2008. (Ball, Gordon) (Entered: 05/16/2008) |
| 05/16/2008 | Ï 11 | SUMMONS Returned Executed by Randall Bethea. Wix Filtration Corporation served on 5/12/2008. (Ball, Gordon) (Entered: 05/16/2008) |
| 05/19/2008 | Ï 12 | Letter from Attorney Adam J Pessin to Clerk of the MDL Panel In Re Filters Antitrust Litigation – MDL No. 1947. The letter and accompanying Motion to Transfer with Brief and other documents placed in the motion drawer. They request that this case be included in MDL per motion. (EBM, ) (Entered: 05/19/2008) |
| 05/21/2008 | Ï 13 | SUMMONS Returned Executed by Randall Bethea. Champion Laboratories, Inc served on 5/12/2008. (Ball, Gordon) (Entered: 05/21/2008) |
| 05/23/2008 | Ï 14 | STIPULATION *for Extension* by Champion Laboratories, Inc, Honeywell International, Inc.. (Johnson, David) (Entered: 05/23/2008) |
| 05/23/2008 | Ï 15 | NOTICE of Appearance by E Jerome Melson on behalf of Donaldson Company (Melson, E) (Entered: 05/23/2008) |
| 05/23/2008 | Ï 16 | Certificate of Corporate Interest by Donaldson Company. (Melson, E) (Entered: 05/23/2008) |
| 05/27/2008 | Ï 17 | Letter from Attorney Steven A. Asher to Clerk of the MDL Panel asking that |

| | | |
|---|---|---|
| | | this case be added to the MDL No. 1957 – Aftermarket Filters Antitrust Litigation. (Letter and documents sent to MDL are in Motion Drawer under #1. (EBM, ) (Entered: 05/27/2008) |
| 05/27/2008 | Ï 18 | Certificate of Corporate Interest by Champion Laboratories, Inc identifying Corporate Parent United Components, Inc. for Champion Laboratories, Inc. (Johnson, David) (Entered: 05/27/2008) |
| 05/28/2008 | Ï 19 | STIPULATION *for Extension of Defendants' Time to Respond to Complaint* by James Padgett, Purolator Filters N.A., LLC., Bosch USA. (Grimes, R) (Entered: 05/28/2008) |
| 05/28/2008 | Ï 20 | Certificate of Corporate Interest by Purolator Filters N.A., LLC., Bosch USA. (Grimes, R) (Entered: 05/28/2008) |
| 06/02/2008 | Ï 21 | NOTICE of Appearance by Jeffrey J Switzer on behalf of Arvinmeritor, Inc (Switzer, Jeffrey) (Entered: 06/02/2008) |
| 06/02/2008 | Ï 22 | MOTION for Leave to Appear Pro Hac Vice ( Filing fee $ 60 receipt number 06490000000000956956.) by Arvinmeritor, Inc. (Attachments: # 1 Certificate of Good Standing)(Switzer, Jeffrey) (Entered: 06/02/2008) |
| 06/03/2008 | Ï 23 | ORDER GRANTING 22 Motion for Leave to Appear Pro Hac Vice by Jeffrey J. Switzer, Esq. on behalf of Arvinmeritor, Inc. C/M to Chris Cadenhead. Signed by Magistrate Judge Dennis H Inman on 6/3/2008. (FMM, ) (Entered: 06/03/2008) |
| 06/03/2008 | Ï 24 | Letter from USDC Clerk's Office to Chris Cadenhead, Esq. regarding registering for login and password. (Attachments: # 1 ECF Registration Order) (FMM, ) (Entered: 06/03/2008) |
| 06/03/2008 | Ï 25 | SUMMONS Returned Executed by Randall Bethea. Arvinmeritor, Inc served on 5/27/2008. (Ball, Gordon) (Entered: 06/03/2008) |
| 06/04/2008 | Ï 26 | Joint MOTION for Extension of Time to File Answer *To Respond to the Complaint and to Stay Discovery* by Mann + Hummell USA, Inc., Arvinmeritor, Inc, John Doe, Randall Bethea, James Padgett, Champion Laboratories, Inc, Purolator Filters N.A., LLC., Honeywell International, Inc., Wix Filtration Corporation, Donaldson Company, Baldwin Filters, Inc., Bosch USA. (Attachments: # 1 Exhibit Proposed Agreed Order)(Grimes, R) (Entered: 06/04/2008) |
| 06/06/2008 | Ï 27 | Certificate of Corporate Interest by Mann + Hummell USA, Inc. identifying Corporate Parent Mann + Hummel, Inc., Corporate Parent Mann + Hummel GmbH for. (Crawford, Rebecca) (Entered: 06/06/2008) |
| 06/12/2008 | Ï 31 | Letter from Lockridge, Grindal, Nauen, P.L.L.P. representing interested parties in regard to transfer of this case to the MDL with copies of the documents filed at the MDL. (documents in Motion drawer #1) (EBM, ) (Entered: 06/17/2008) |
| 06/13/2008 | Ï 28 | NOTICE of Appearance by S Morris Hadden on behalf of Baldwin Filters, Inc. (Hadden, S) (Entered: 06/13/2008) |
| 06/13/2008 | Ï 29 | AGREED ORDER; re 26 Motion to Extend Time for Defendants to Respond to Complaint and Stay Discovery. Signed by Magistrate Judge Dennis H Inman on 6/13/08. (KDO) (Entered: 06/13/2008) |
| 06/16/2008 | Ï 30 | |

| | | |
|---|---|---|
| | | COPY of a Letter to MDL Clerk from Eugene Spector in regard to transfer of actions to the MDL. The certificate of service and plaintiffs' consolidated response for transfer are in the motion drawer under 1. (EBM, ) (Entered: 06/16/2008) |
| 06/17/2008 | Ï 32 | COPY of Letter from Pomerantz, Haudek, Block, Grossman, Gross LLP to Clerk of MDL regarding transfer of this case to the MDL. Documents filed with MDL in motion drawer #1. (EBM, ) (Entered: 06/17/2008) |
| 06/20/2008 | Ï 33 | COPY of Letter Clerk of MDL from Heins, Mills &Olson with interested party responses to Motions to Transfer to the MDL. Documents are in the motion drawer #1. (EBM, ) (Entered: 06/20/2008) |
| 06/20/2008 | Ï 34 | COPY OF THE FIRST PAGE of SEQuick Lube Distributors, et al's reply in support of transfer to the MDL. Document filed in MDL – copy in motion drawer 1. (EBM, ) (Entered: 06/20/2008) |
| 07/07/2008 | Ï 35 | Copy of Letter from Attorney Jeffrey Gittleman to Clerk of the MDL Panel with copy of Notice of Presentation or Waiver of Oral Argument on behalf of Parts Plus. Copy in Motion Drawer #1. (EBM, ) (Entered: 07/07/2008) |
| 07/30/2008 | Ï 36 | Copy of plaintiffs supplemental memo in support of transfer and consolidation of related antitrust actions filed in MDL 1957 (Attachments: # 1 Copy of Proof of Service) (Documents in motion drawer)(EBM, ) (Entered: 07/30/2008) |
| 08/26/2008 | Ï 37 | ORDER, MDL panel, transferring this action to the Northern District of Illinois. That case no. is 08−cv−4800. (Attachments: # 1 Letter from Clerk's Office of Northern District of Illinois)(EBM, ) (Entered: 08/26/2008) |
| 08/26/2008 | Ï | Mr. Ball please notify Mr. Cadenhead since he never registered for electronic case filing. (EBM, ) (Entered: 08/26/2008) |
| 08/26/2008 | Ï | Case transferred to District of Northern Illinois. Original file, certified copy of transfer order, and docket sheet sent by electronic case transfer. (EBM, ) (Entered: 08/26/2008) |